Joseph M. Mabe, OSB No. 045286
Email: joe@sapientlaw.com
Keith A. Pitt, OSB No. 973725
Email: keith@sapientlaw.com
Neal S. Shechter, OSB No. 185119
Email:  neal@sapientlaw.com
SAPIENT LAW
425 NW 10th Avenue, Ste 200
Portland, OR  97209
Phone: 503.417.7777

*Of Attorneys for Plaintiffs Baek Family Partnership, LLC, AB Hollywood, LLC, MY, LLC, and The Penney Kim Trust on behalf of themselves and all others similarly situated*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and The PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>     Defendants, | Case No. 3:25-cv-00584-AN<br><br>PLAINTIFFS BAEK FAMILY PARTNERSHIP, LLC *ET. AL* MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE ON DEFENDANTS<br><br>Pursuant to Fed. R. Civ. P. 4(m)<br><br>No Oral Arguments Requested |

PLAINTIFFS BAEK FAMILY PARTNERSHIP, LLC ET. AL MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE ON DEFENDANTS – PAGE 1

CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,

        Nominal Defendant.

## CERTIFICATE OF CONFERRAL

Local Rule 7-1(a) requiring a good faith effort to confer through personal or telephone conferences is inapplicable to this discrete issue because none of the Defendants have appeared in this matter, nor has any Defendant filed an Answer.

## MOTION

Plaintiffs Baek Family Partnership, LLC, AB Hollywood, LLC, MY, LLC, and The Penney Kim Trust, by and through its Trustee, Penney Kim ("Plaintiffs"), on behalf of themselves and all individuals similarly situated, by and through the undersigned counsel, move the Court for an order extending the FRCP 4(m) deadline for service of a Summons and the Complaint upon Defendants Wampler, Carroll, Wilson & Sanderson, P.L.L.C., J. Luke Sanderson, B.J. Wade, Wade Law, LLC, and Conner Slevin (collectively referred to herein as "the Unserved Defendants"), for good cause as explained below. This Motion is supported by the Declaration of Joseph Mabe ("Mabe Decl.") filed contemporaneously.

The current deadline to complete service pursuant to FRCP 4(m) is July 9, 2025. Plaintiffs ask the Court to extend this deadline by 60 days to September 7, 2025.

## MEMORANDUM OF LAW

A plaintiff must serve a defendant with the Summons and Complaint within 90 days, but the Court must extend the deadline for service for an appropriate period upon a plaintiff's showing of good cause. FRCP 4(m); *Efaw v. Williams*, 473 F.3d 1038, 1040 (9th Cir. 2007). The Court may also grant an extension of time for service even in the absence of a showing of good cause. *Id*. (citing *Mann v. Am. Airlines*, 324 F.3d 1088, 1090 n. 2 (9th Cir. 2003). District courts

PLAINTIFFS BAEK FAMILY PARTNERSHIP, LLC ET. AL MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE ON DEFENDANTS – PAGE 2

SAPIENT LAW
425 NW 10th Avenue, Suite 200
Portland, OR 97209
phone 503 417 7777
fax 503 417 4250

have broad discretion to extend the time for service. *Id*. at 1041 (citing *Henderson v. United States*, 517 U.S. 654, 661 (1996).). When considering whether to extend the time for service, a district court may consider factors like a statute of limitations bar, prejudice to the Defendant, actual notice of a lawsuit, and eventual service. *Id.* at 1041.

**1. Good Cause Exists to Extend the Deadline to Complete Service Upon Defendants Wampler, Carroll, Wilson & Sanderson, P.C. and J. Luke Sanderson by 60 days.**

Pursuant to FRCP 4(d)(1), "[a]n individual, corporation, or association that is subject to service under Rule 4(e) , (f) , or (h) has a duty to avoid unnecessary expenses of serving the summons. The plaintiff may notify such a defendant that an action has been commenced and request that the defendant waive service of a summons. The notice and request must: *** (F) give the defendant a reasonable time of at least 30 days after the request was sent *** to return the waiver; and (G) be sent by first-class mail or other reliable means." Pursuant to Local Rule 4-4(a), "[u]nless otherwise permitted by the Court, the reasonable time to return the waiver is 30 days from the date on which the request is sent[.]"

Defendant Wampler, Carroll, Wilson & Sanderson, P.C. ("Wampler") is a Tennessee professional corporation with its principal place of business in Tennessee. Compl., ¶17. Upon information and belief, Defendant J. Luke Sanderson ("Sanderson") is an individual, Tennessee licensed attorney, residing in the State of Tennessee. Compl., ¶19. On information and belief, Sanderson is employed by Wampler. Mabe Decl., ¶3.

Plaintiffs submitted waivers of service to defendants Wampler and Sanderson. For good cause as set forth in the supporting Declaration of Joseph Mabe, Plaintiffs request an extension of the current service deadline by 60 days. Mabe Decl., ¶¶3-8.

**2. Good Cause Exists to Extend the Deadline to Complete Service Upon B.J. Wade and Wade Law LLC by 60 days.**

In addition to requests for waivers of service as discussed above, FRCP 4(e)(1) allows service following state law in the district where the action is filed or, alternatively, following

PLAINTIFFS BAEK FAMILY PARTNERSHIP, LLC ET. AL MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE ON DEFENDANTS – PAGE 3

SAPIENT LAW
425 NW 10th Avenue, Suite 200
Portland, OR 97209
phone 503 417 7777
fax 503 417 4250

state law where service is made. *Mesa Underwriters Speciality Ins. Co. v. Midway Vishions, Inc.*, No. 3:24-cv-01032-HZ, 2025 US Dist LEXIS 22002, at *1-2 (D.Or.2025); *Alldridge v. Gottlieb*, No. 6:24-cv-01745-MTK, 2025 US Dist LEXIS 32334, at *2 (D.Or. 2025). ORCP 7D sets forth the permissible methods of service under Oregon state law.

Upon information and belief, defendant B.J. Wade is an individual residing in the State of Tennessee, and an attorney licensed in Tennessee. Compl., ¶20. Defendant B.J. Wade appears to operate his legal practice using the business name "Wade Law LLC" which appears to be an unregistered Tennessee limited liability company with no publicly available contact information or office address for service of process. Mabe Decl., ¶¶9, 13-14. Plaintiffs have unsuccessfully attempted, among other efforts, to perfect service upon defendant B.J. Wade at a residential address noted in the docket for an ongoing criminal case in the State of Tennessee. Additional efforts to locate B.J. Wade are ongoing, as described in further detail in the supporting Declaration of Joseph Mabe. Mabe Decl., ¶¶9-14. For good cause as set forth in the supporting Declaration of Joseph Mabe, Plaintiffs request additional time to complete service of these defendants. Mabe Decl., ¶¶9-16.

### 3. Good Cause Exists to Extend the Service Deadline for Conner Slevin by 60 days.

Upon information and belief, Nominal Defendant Conner Slevin ("Slevin") is an individual residing in the State of Oregon. Compl., ¶23. Plaintiffs are in the process of completing service of process on Defendant Slevin via waiver of service sent o his counsel. Mabe Decl., ¶17. For good cause as set forth in the supporting Declaration of Joseph Mabe, Plaintiffs request an extension of the service deadline while awaiting return of the waiver submitted to Defendant Slevin. Mabe Decl., ¶17.

### CONCLUSION

Accordingly, Plaintiffs requests that the Court extend the deadline to complete service on all of the Unserved Defendants for an additional 60 days to September 7, 2025.

PLAINTIFFS BAEK FAMILY PARTNERSHIP, LLC ET. AL MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE ON DEFENDANTS – PAGE 4

SAPIENT LAW
425 NW 10th Avenue, Suite 200
Portland, OR 97209
phone 503 417 7777
fax 503 417 4250

Dated: <u>July 9, 2025</u>　　　　　　　　　**SAPIENT LAW**

　　　　　　　　　　　　　　　　By: <u>/s/ *Joseph M. Mabe*</u>
　　　　　　　　　　　　　　　　　Joseph M. Mabe, OSB No. 045286
　　　　　　　　　　　　　　　　　Email: joe@sapientlaw.com
　　　　　　　　　　　　　　　　　Neal S. Shechter, OSB No. 185119
　　　　　　　　　　　　　　　　　Email: neal@sapientlaw.com
　　　　　　　　　　　　　　　　　Keith A. Pitt, OSB No. 973725
　　　　　　　　　　　　　　　　　Email: keith@sapientlaw.com

　　　　　　　　　　　　　　　　*Of Attorneys for Plaintiffs*

PLAINTIFFS BAEK FAMILY PARTNERSHIP, LLC ET. AL MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE ON DEFENDANTS – PAGE 5

SAPIENT LAW
425 NW 10th Avenue, Suite 200
Portland, OR 97209
phone 503 417 7777
fax 503 417 4250