Joseph M. Mabe, OSB No. 045286
Email: joe@sapientlaw.com
Neal S. Shechter, OSB No. 185119
Email: neal@sapientlaw.com
Keith A Pitt, OSB No. 973725
Email: keith@sapientlaw.com
SAPIENT LAW
425 NW 10th Avenue, Ste 200
Portland, OR  97209
Phone: 503.417.7777
*Of Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50<br><br>              Defendants,<br><br>CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,<br><br>              Nominal Defendants. | Case No. 25-cv-00584-AN<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINE TO COMPLETE SERVICE ON DEFENDANTS |

PAGE 1 – [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINE TO COMPLETE SERVICE ON DEFENDANTS

SAPIENT LAW
425 NW 10th Avenue, Suite 200
Portland, OR 97209
phone  503 417 7777
fax  503 417 4250

Having considered Plaintiffs' Motion for Extension of Deadline to Complete Service of Defendants, the documents filed in support thereto, and good cause appearing therefore, the Court ORDERS as follows:

1. The current deadline of July 9, 2025 to complete service pursuant to FRCP 4(m) is hereby extended by 60 days to September 7, 2025.

DATED: _____        _____
                                HON. ADRIENNE C. NELSON
                                UNITED STATES DISTRICT JUDGE

PAGE 2 – [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF DEADLINE TO COMPLETE SERVICE ON DEFENDANTS

SAPIENT LAW
425 NW 10th Avenue, Suite 200
Portland, OR 97209
phone 503 417 7777
fax 503 417 4250