**Janet M. Schroer**, OSB No. 813645
Email: jms@hartwagner.com
**Taylor B. Lewis**, OSB No. 164263
Email: tbl@hartwagner.com
HART WAGNER LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

*Of Attorneys for Defendant Jessica Molligan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>   Defendants, | Case No. 3:25-cv-00584-AN<br><br>**DEFENDANT JESSICA MOLLIGAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Page 1 –  DEFENDANT JESSICA MOLLIGAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

**HART WAGNER LLP**
**Attorneys at Law**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

CONNER SLEVIN, an individual, and JOHN
DOES 51 – 100,

      Nominal Defendant.

## LR 7-1 CERTIFICATION

The undersigned certifies that counsel for defendant Jessica Molligan, conferred with plaintiffs, who do not oppose this motion.

## MOTION

Defendant Jessica Molligan ("defendant") respectfully requests an extension of time, up to and including, September 12, 2025, to respond to Plaintiffs' Complaint. Pursuant to ORS 31.152(1), defendant also requests an extension of time, up to and including, September 12, 2025, to file a special motion to strike under ORS 31.150. The current response deadline is July 14, 2025.

Defendant requests an extension of time to coordinate a briefing schedule with plaintiffs and codefendants and to confer on potential motions. It is defendant's understanding that as of this date, codefendants have not been served with the Complaint. Given this, defendant has not had an opportunity to coordinate a briefing schedule with codefendants.

///

///

///

///

///

///

///

///

Page 2 –   DEFENDANT JESSICA MOLLIGAN'S UNOPPOSED
           MOTION FOR EXTENSION OF TIME TO RESPOND
           TO PLAINTIFFS' COMPLAINT

**HART WAGNER LLP**
**Attorneys at Law**
**1000 S.W. Broadway, Twentieth Floor**
**Portland, Oregon 97205**
**Telephone: (503) 222-4499**
**Fax: (503) 222-2301**

This motion is made in good faith and not for the purpose of undue delay. Plaintiffs and defendant are being proactive and have scheduled a call on July 22, 2025, to confer on potential motion issues. This is defendant's first request for an extension to respond to the Complaint.

DATED this 11th day of July, 2025.

HART WAGNER LLP

By: */s/ Taylor B. Lewis*
Janet M. Schroer, OSB No. 813645
jms@hartwagner.com
Taylor B. Lewis, OSB No. 164263
tbl@hartwagner.com
*Of Attorneys for Defendant Jessica Molligan*

Trial Attorney: Janet M. Schroer, OSB No. 813645

**Page 3 –** **DEFENDANT JESSICA MOLLIGAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

**HART WAGNER LLP**
Attorneys at Law
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

# CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically filed the foregoing document via the ECF system, which transmits notice via the ECF system to all counsel of record.

DATED this 11th day of July, 2025.

*/s/ Taylor B. Lewis*
Taylor B. Lewis

Page 1 – **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
Attorneys at Law
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301