Joseph M. Mabe, OSB No. 045286
Email: joe@saltlawgroup.com
Keith A. Pitt, OSB No. 973725
Email: keith@ saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email:  neal@ saltlawgroup.com
SALT
100 SW Main Street, Suite 1025
Portland, OR  97204
Phone: 503.417.7777

*Of Attorneys for Plaintiffs Baek Family Partnership, LLC, AB Hollywood, LLC, MY, LLC, and The Penney Kim Trust on behalf of themselves and all others similarly situated*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and The PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50, <br><br> Defendants, | Case No. 3:25-cv-00584-AN <br><br> **NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION** |

PAGE 1 – **NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION**



100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.477.7777  F: 503.214.8816

CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,

    Nominal Defendant.

To: The Clerk of this Court and all parties and their counsel of record:

NOTICE IS HEREBY GIVEN THAT the new law firm name and email addresses for Plaintiff's counsel are as follows:

> Joseph M. Mabe
> joe@saltlawgroup.com
> Neal S. Shechter
> neal@saltlawgroup.com
> Keith A. Pitt
> keith@saltlawgroup.com
> SALT
> 100 SW Main Street, Suite 1025
> Portland, Oregon 97204

Dated: September 5, 2025       **SALT**

By: /s/ *Joseph M. Mabe*
Joseph M. Mabe, OSB No. 045286
Email: joe@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
Keith A. Pitt, OSB No. 973725
Email: keith@saltlawgroup.com

*Of Attorneys for Plaintiffs*



# CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2025, I electronically filed the foregoing **NOTICE OF CHANGE OF ATTORNEY CONTACT INFORMATION** with the Clerk of the Court of the United States District Court, for the District of Oregon, using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users, and that service on those participants will be accomplished by the CM/ECF system on September 5, 2025.

Dated: September 5, 2025

**SALT**

By: /s/ Joseph M. Mabe
Joseph M. Mabe, OSB No. 045286
Email: joe@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
Keith A. Pitt, OSB No. 973725
Email: keith@saltlawgroup.com

*Of Attorneys for Plaintiffs*