**Laura Caldera Loera**, OSB #993786
Email: laura.loera@bullivant.com
**Hilary Browning-Craig**, OSB #073382
Email: hilary.browning-craig@bullivant.com
**Varro J. Clarke**, OSB #233025
Email: varro.clarke@bullivant.com
BULLIVANT HOUSER BAILEY PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351
Facsimile: 503.295.0915

Attorneys for Defendants Wampler, Carroll, Wilson & Sanderson, PLLC, and J. Luke Sanderson

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>  v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, | Civil No.: 3:25-CV-00584-AN<br><br>**DEFENDANTS WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., AND J. LUKE SANDERSON'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon  97204-4022
Telephone: 503.228.6351

**DEFENDANTS WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., AND J. LUKE SANDERSON'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
Page 1

J. LUKE SANDERSON, an individual, and
B.J. WADE, an individual, JESSICA
MOLLIGAN, an individual, and JOHN
DOES 1 - 50,

                        Defendants,

CONNER SLEVIN, an individual, and
JOHN DOES 51 – 100,

                        Nominal Defendant.

## I. LR 7-1 CERTIFICATION

Counsel for Defendants Wampler, Carroll, Wilson & Sanderson P.L.L.C and J. Luke Sanderson (collectively, "Wampler") and Defendant Jessica Molligan ("Molligan" and, together with Wampler, "Defendants") conferred in good faith with counsel for Plaintiffs Baek Family Partnership, LLC ("BFP"), AB Hollywood, LLC ("AB Hollywood"), My, LLC, and The Penney Kim Trust (the "Kim Trust") (collectively, "Plaintiffs") and Plaintiffs have no objection to the relief requested herein.

## II. MOTION

Pursuant to Fed. R. Civ. P. 6(b), Defendants respectfully move the Court for an Order extending the deadline by which they must respond to Plaintiffs' Complaint, including but not limited to a motion under Fed. R. Civ. P. 12(b)(6) or an anti-SLAPP motion to strike under ORS 31.150, for 60 days to November 9, 2025.

## III. MEMORANDUM

Plaintiffs have informed Defendants that they intend to seek additional time to

**Bullivant|Houser|Bailey PC**
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DEFENDANTS WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., AND J. LUKE SANDERSON'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
**Page 2**

complete service of the remaining unserved Defendants, B.J. Wade and Wade Law LLC. This Motion is brought for the purpose of allowing the parties additional time to confer on anticipated motions against the pleadings, including Rule 12(b)(6) and anti-SLAPP motions, additional time for service of other defendants, and to avoid multiple briefing schedules once all defendants are served. Additionally, Plaintiffs just completed service of the nominal defendant, Conner Slevin, on September 8, 2025, making his deadline for responding September 29, 2025. The parties expect it will be more efficient for Defendants to have the same deadline for responses so that all motions practice can be addressed at the same time.

## CONCLUSION

For the reasons stated herein, Defendants respectfully request that this Court grant their motion to extend the deadline to respond to the Complaint, including but not limited to a motion under Fed. R. Civ. P. 12(b)(6) or an anti-SLAPP motion to strike under ORS 31.150, for 60 days to November 9, 2025.

DATED: September 9, 2025

BULLIVANT HOUSER BAILEY PC

By */s/ Laura Caldera Loera*
**Laura Caldera Loera, OSB #993786**
**Hilary Browning-Craig, OSB #073382**
**Varro J. Clarke, OSB #233025**
Telephone: 503.228.6351

Attorneys for Defendants Wampler, Carroll, Wilson & Sanderson, P.L.L.C., and J. Luke Sanderson

4909-2325-7191.1 08816/09600

Bullivant|Houser|Bailey PC
One SW Columbia Street, Suite 800
Portland, Oregon 97204-4022
Telephone: 503.228.6351

**DEFENDANTS WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., AND J. LUKE SANDERSON'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**
**Page 3**