Joseph M. Mabe, OSB No. 045286
Email: joe@saltlawgroup.com
Keith A. Pitt, OSB No. 973725
Email: keith@ saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email:  neal@ saltlawgroup.com
SALT
100 SW Main Street, Suite 1025
Portland, OR  97204
Phone: 503.417.7777

*Of Attorneys for Plaintiffs Baek Family
Partnership, LLC, AB Hollywood, LLC,
MY, LLC, and The Penney Kim Trust on
behalf of themselves and all others
similarly situated*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and The PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>Defendants, | Case No. 3:25-cv-00584-AN<br><br>**DECLARATION OF JOE MABE IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE AND MOTION TO ALLOW SERVICE ON UNSERVED DEFENDANTS BY OTHER METHOD** |

PAGE 1 – **DECLARATION OF JOE MABE IN
SUPPORT OF PLAINTIFFS' MOTION FOR
EXTENSION OF TIME**



CONNER SLEVIN, an individual, and JOHN
DOES 51 - 100,

          Nominal Defendant.

---

I, Jospeh M. Mabe, declare under the penalty of perjury:

1.      I am one of the attorneys for Plaintiffs in this matter. I have personal knowledge of the information in this declaration. I am over 18 years of age and competent to testify to the information in this declaration.

2.      I make this declaration in support of Plaintiffs' Motion for Extension of Time to File Answer and Second Motion for Extension of Time to Complete Service and Motion to Allow Service on Unserved Defendants by Other Method (hereinafter, "Motion").

3.      On information and belief, Defendant B.J. Wade is an attorney licensed in the State of Tennessee, and resides in the State of Tennessee. On information and belief, Defendant B.J. Wade practices law using the law firm name "Wade Law LLC" in the State of Tennessee. The name/entity "Wade Law LLC" does not appear to be a registered business entity with the Tennessee Secretary of State. On information and belief, service upon B.J. Wade would also complete service upon Wade Law LLC.

4.      Defendants B.J. Wade and Wade Law LLC appear to be intentionally evading service. Plaintiffs have not been able to locate a current residential, business, or office address for attorney B.J. Wade in order to complete service. Therefore, Plaintiffs have not been able to complete personal service, substitute service via mailing, office service, nor by any method allowed by FRCP 5 or ORCP 7.

5.      By way of example, on or about August 7, 2025, Plaintiffs attempted personal service on B.J. Wade at a hearing scheduled in *The State of Tennessee vs. BJ Wade*, case C2200534 (filed

**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.477.7777  F: 503.214.8816

February 8, 2022). This is in addition to the efforts and investigations described in my original

declaration filed in this matter on July 9, 2025 (Dkt. # 11). Attached as *Exhibit 1* is a true and

accurate copy of the Shelby County online court docket for that criminal case showing that attorney

Michael Working has appeared as counsel of record B.J. Wade's in that matter and has not

withdrawn.

6.      Attached as *Exhibit 2* is a true and accurate copy of the process server's Affidavit of

Non Service dated August 7, 2025 describing an attempt to personally serve B.J. Wade in the

courthouse for Shelby County, Tennessee.

7.      Plaintiffs also previously attempted to serve B.J. Wade personally at a residential

address in Mississippi listed as his residence on the docket in his criminal case. Service was

unsuccessful at that address. Attached as *Exhibit 3* is a true and accurate copy of the process server's

Affidavit of Non Service dated June 9, 2025 describing an attempt to personally serve B.J. Wade at

the Mississippi residential address noted in the court docket for *The State of Tennessee vs. BJ Wade*,

case C2200534 in Shelby County, Tennessee.

8.      Any current contact information/address that Defendants B.J. Wade and/or Wade Law

LLC provided to the Tennessee Board of Professional Responsibility ("TBPR")—the licensing body

for attorneys practicing within the State of Tennessee—are not matters of public record or available

to the public through its website. Further, a public records request directed to the TBRR was denied

by that body, stating such information was only available to residents of the State of Tennessee. *See:*

*Exhibit 4* attached hereto.

9.      For the foregoing reasons, Plaintiffs have not been able to complete service upon

Defendant Wade Law LLC nor B.J. Wade.

10.     On information and belief, Defendants Sanderson and Wampler likely possess current

**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.477.7777  F: 503.214.8816

addresses and telephone numbers for B.J. Wade/Wade Law, LLC, as well as who is representing

these Unserved Defendants.

11.     The undersigned inquired directly with counsel for the Appearing Defendants whether

they know who is representing Defendant B.J. Wade/Wade Law, LLC, or where these Unserved

Defendants are located for purposes of service, both of whom responded they did not. Although it is

unclear whether Defendants Sanderson and Wampler have been asked for such information, the

undersigned's attempt(s) to obtain the same have been unsuccessful to date.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and I*

*understand it is made for use as evidence in court and is subject to penalty for perjury under the laws*

*of the State of Oregon.*

Dated:  September 9, 2025

By: s/ Joseph M. Mabe
Joseph M. Mabe, OSB No. 045286
Email: joe@sapientlaw.com
Declarant

**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.477.7777  F: 503.214.8816

## Case Information

C2200534 | The State of Tennessee Vs BJ WADE

| | | |
|---|---|---|
| Case Number | Court | Judicial Officer |
| C2200534 | Division IV | Blackett, Carolyn Wade |
| File Date | Case Type | Case Status |
| 02/08/2022 | Indicted General Sessions HTS | Active or Open |

## Party

Defendant
WADE, BJ

DOB
08/01/1951

Race
White

Address
7160 HICKORY ESTATES DR
WALLS MS 38680

Active Attorneys ▾
Lead Attorney
WORKING, MICHAEL R
Retained

## Charge

Charges
WADE, BJ

| | Description | Statute | Level | Date |
|---|---|---|---|---|
| 1 | THEFT OF PROPERTY GREATER THAN $250000 | 39-14-103 | Felony A | 01/18/2017 |

## Bond Settings

| Setting Date |
|---|
| 1/24/2020 |

## Bond

| Bond Type | Bond Number | Bond Amount | Current Bond Status |
|---|---|---|---|
| Surety Bond | WC12501389998 | $100,000.00 | Posted |

## Events and Hearings

| |
|---|
| 01/30/2020 Bond Posted |
| 02/09/2022 Indicted - Grand Jury |
| 02/09/2022 Indicted Charges Case Created |
| 03/18/2022 Bond Arraignment ▾ |

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Arraigned

| |
|---|
| 03/18/2022 *Miscellaneous Order |
| 04/28/2022 Report Date ▾ |

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

| |
|---|
| 07/19/2022 Report Date ▾ |

Judicial Officer
Blackett, Carolyn Wade

**EXHIBIT 1,
Page 1 of 4**

Hearing Time
9:00 AM

Result
Reset

---

09/09/2022 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

10/19/2022 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

11/09/2022 Set Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

11/09/2022 *Order Allowing Atty Record to W/D and other Counsel to Sub

---

01/25/2023 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

03/01/2023 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

04/05/2023 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

05/16/2023 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

07/20/2023 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

09/14/2023 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

---

12/05/2023 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

**EXHIBIT 1,
Page 2 of 4**

9/4/25, 11:17 AM     Case 3:25-cv-00584-AN     Document 26     Filed 09/09/25     Page 7 of 15

Details

Result
Reset

02/13/2024 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

02/13/2024 *Order Returning Property

03/26/2024 Report Date ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

05/09/2024 Set Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

06/06/2024 Set Disposition ▾

Original Type
Set Disposition

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

07/17/2024 Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

08/20/2024 Set Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

09/12/2024 Set Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

10/29/2024 Set Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

12/02/2024 Set Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

02/24/2025 Final Setting for Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

**EXHIBIT 1,
Page 3 of 4**

Result
Reset

08/06/2025 Final Setting for Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

08/13/2025 Final Setting for Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

08/19/2025 Final Setting for Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

08/20/2025 *Motions

08/26/2025 Final Setting for Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Result
Reset

10/02/2025 Set Disposition ▾

Judicial Officer
Blackett, Carolyn Wade

Hearing Time
9:00 AM

Progressive Process Service

P.O. Box 343058 - Bartlett, TN 38184

Phone: 901-388-7113 - Email: progressivepps.process@gmail.com

# <u>AFFIDAVIT OF NON SERVICE</u>

DISTRICT COURT

STATE OF OREGON, COUNTY OF DISTRICT

I, Jerry Blank, being duly sworn deposes and says, I have been duly authorized to make service of the documents listed herein in the above titled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

**Plaintiff**: Baek Family Partnership, LLC, et al.

**Defendant**: Wampler, Carroll, Wilson & Sanderson, P.L.L.C., et al.

**DOCKET#**: 25-CV-00584-AN

**After Diligent Search and Inquiry, the Defendant is NOT TO BE FOUND In my county.**

**DOCUMENTS**: Summons in a Civil Action; Class Action Allegation Complaint; Civil Case Assignment Order; Discovery and Pretrial Scheduling Order; Discovery Agreement; Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route; and Civil Case Management Time Schedules

**DATE OF NON SERVICE**: 8/7/2025

**ADDRESS OF NON SERVICE**: 201 Poplar Avenue 5th Floor, Memphis, TN 38103

**PERSON NOT SERVED**: B.J Wade

I NON-SERVED the documents mentioned above for the reasons listed below:
NTBF- The server went to 201 Poplar and to the 5th floor near the elevators. No division was given, so the server waited to see Mr. Wade exit an elevator. After a while and no signs of Mr. Wade, the server went to the bailiff for each division and asked if Mr. Wade was scheduled to be in that division that day. None of the bailiffs had seen Mr. Wade or seen where he was supposed to be present in their division that day.

I have not served said document(s) in compliance with all the laws and the rules of the courts of the state in which it was issued.

_____
Jerry Blank, Private Process Server

Sworn and subscribed before me this date: <u>8/13/2025</u>

My commission expires: <u>May 3, 2028</u>

_____
Savannah Perritt

## AFFIDAVIT OF NON-SERVICE
### UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 3:25-CV-00584-AN

Plaintiff: Baek Family Partnership, LLC., an Oregon Limited Liability company, AB Hollywood, LLC., an Oregon limited liability company, MY, LC., an Oregon limited liability company, and The Penney Kim Trust, by and through it's trustee, Penney Kim, on behalf of themselves and all others similarly situated,
vs.

Defendant: Wampler Carroll, Wilson & Sanderson, P.L.L.C., a Tennesee Professional Corporation, Wade law, LLC., a Tennessee limited liability company, J. Luke Sanderson, an individual and B.J. Wade an individual, et al,

Conner Slevin, an individual and John Does 51 - 100, Nominal Defendant,

Received by RUSH PROCESS SERVICE, INC. to be served on Wade Law, LLC, 7160 Hickory Estates Drive, Walls, MS 38680 v.

I, Kirk Manuel, being duly sworn, depose and say that on the 9th day of June, 2025 at 11:43 am, I:

NON-SERVED: After due search, careful inquiry and diligent attempts I was unable to serve the Summons in a Civil Action, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Discovery Agreement, Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal Appeal Route, and Civil Case Management Time Schedule, for the following reason:

Additional Information pertaining to this Service:
Attempted Service at 7160 Hickory Estates Drive Walls, MS 06/09/2025 at 11:43am Spoke with current resident who said B.J. lived here 2-3 years ago, and didn't know where he was atm, and no Law Firm at this address. Neighbor didn't know him at all. No other information was provided.

## AFFIDAVIT OF NON-SERVICE For 3:25-CV-00584-AN

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and sworn to before me on the 18th day of _____ 2025 by the affiant who is personally known to me.

NOTARY PUBLIC

**Kirk Manuel**
Process Server

Date     7/18/2025

**RUSH PROCESS SERVICE, INC.**
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2025005884
Ref: 4717

LATISHA DUKES
MY COMMISSION # 12707566
EXPIRES: April 26, 2029
Monroe County

## AFFIDAVIT OF NON-SERVICE
### UNITED STATES DISTRICT COURT
### District of Oregon

Case Number: 3:25-CV-00584-AN

Plaintiff: **Baek Family Partnership, LLC., an Oregon Limited Liability company, AB Hollywood, LLC., an Oregon limited liability company, MY, LC., an Oregon limited liability company, and The Penney Kim Trust, by and through it's trustee, Penney Kim, on behalf of themselves and all others similarly situated,**
vs.

Defendant: **Wampler Carroll, Wilson & Sanderson, P.L.L.C., a Tennessee Professional Corporation, Wade law, LLC., a Tennessee limited liability company, J. Luke Sanderson, an individual and B.J. Wade an individual, et al,**

**Conner Slevin, an individual and John Does 51 - 100, Nominal Defendant,**

Received by RUSH PROCESS SERVICE, INC. to be served on **B.J. Wade, 7160 Hickory Estates Drive, Walls, MS 38680.**

I, Kirk Manuel, being duly sworn, depose and say that on the 9th day of June, 2025 at 11:43 am, I:

NON-SERVED: After due search, careful inquiry and diligent attempts I was unable to serve the Summons in a Civil Action, Complaint, Civil Case Assignment Order, Discovery and Pretrial Scheduling Order, Discovery Agreement, Consent to Jurisdiction by a Magistrate Judge and Designation of the Normal appeal Route, and Civil Case Management Time Schedule, for the following reason:

**Additional Information pertaining to this Service:**
Attempted Service at 7160 Hickory Estates Drive Walls, MS 06/09/2025 at 11:43am Spoke with current resident who said B.J. lived here 2-3 years ago, and didn't know where he was at. Neighbor didn't know him at all. No other information was provided.

## AFFIDAVIT OF NON-SERVICE For 3:25-CV-00584-AN

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the _____ day of _____, 2025 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_____
Kirk Manuel
Process Server

Date _____

**RUSH PROCESS SERVICE, INC.**
2014 N.E. Sandy Blvd., Suite 204
Portland, OR 97232
(503) 232-3667

Our Job Serial Number: SKS-2025005889
Ref: 4717

LATISHA DUKES
MY COMMISSION # 12707566
EXPIRES: April 26, 2029
Monroe County



# BOARD OF PROFESSIONAL RESPONSIBILITY
### of the
## SUPREME COURT OF TENNESSEE

**10 CADILLAC DRIVE, SUITE 220**
**BRENTWOOD, TENNESSEE 37027**
**(615) 361-7500**
**(800) 486-5714**
**FAX: (615) 367-2480**
**www.tbpr.org**

**SANDY L. GARRETT**
CHIEF DISCIPLINARY COUNSEL
**STEVEN J. CHRISTOPHER**
DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
**A. RUSSELL WILLIS**
DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
**LAURA L. CHASTAIN**
ETHICS COUNSEL
**BEVERLY P. SHARPE**
DIRECTOR OF CONSUMER ASSISTANCE

**DOUGLAS R. BERGERON**
**R. DAVISON DOUGLAS**
**ERIC A. FULLER**
**MAUREEN F. HUGHES**
**HEATHER D. PIPER**
**EILEEN BURKHALTER SMITH**
**TIFFANY D. TANT-SHAFER**
DISCIPLINARY COUNSEL

July 14, 2025

**VIA EMAIL TO: angela@sapientlaw.com**

Ms. Angela Marie
Sapient Law
100 SW Main Street, Suite 1025
Portland, Oregon 97204

   **Re: Public Records Request for non-public contact information for**
     **attorney B.J. Wade and law firm, Wade Law.**
     **File No.: 2025-0154-PRA**

Dear Ms. Marie:

  On July 14, 2025, the Tennessee Board of Professional Responsibility (the "Board") received your open records request. It has come to our attention that you are not a Tennessee resident.

  Under TCA 10-7-503 (a)(4)(5), records open to public inspection are required to be requested by a citizen of the State of Tennessee.

          Respectfully,

          *Laura Chastain*

          Laura Chastain
          Ethics Counsel

LC/pas

**EXHIBIT 4,**
**Page 1 of 1**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, I electronically filed the foregoing

**DECLARATION OF JOE MABE IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR**

**EXTENSION OF TIME TO COMPLETE SERVICE AND MOTION TO ALLOW SERVICE**

**ON UNSERVED DEFENDANTS BY OTHER METHOD** with the Clerk of the Court of the

United States District Court, for the District of Oregon, using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users, and that

service on those participants will be accomplished by the CM/ECF system on September 9, 2025.


Dated:  <u>September 9, 2025</u>                      **SALT**


By: /<u>s/ Joseph M. Mabe</u>
    Joseph M. Mabe, OSB No. 045286
    Email: joe@saltlawgroup.com
    Neal S. Shechter, OSB No. 185119
    Email:  neal@saltlawgroup.com
    Keith A. Pitt, OSB No. 973725
    Email: keith@saltlawgroup.com

*Of Attorneys for Plaintiffs*


CERTIFICATE OF SERVICE – PAGE 1

**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.477.7777  F: 503.214.8816