**Janet M. Schroer**, OSB No. 813645
Email: jms@hartwagner.com
**Taylor B. Lewis**, OSB No. 164263
Email: tbl@hartwagner.com
HART WAGNER LLP
1000 SW Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile: (503) 222-2301

*Of Attorneys for Defendant Jessica Molligan*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated, | Case No. 3:25-cv-00584-AN |
| Plaintiffs, | **DEFENDANT JESSICA MOLLIGAN'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT** |
| v. | |
| WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50, | |
| Defendants, | |
| CONNER SLEVIN, an individual, and JOHN DOES 51 – 100, | |
| Nominal Defendant. | |

**Page 1 –** **DEFENDANT JESSICA MOLLIGAN'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

HART WAGNER LLP
Attorneys at Law
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

## LR 7-1 CERTIFICATION

The undersigned certifies that counsel for defendant Jessica Molligan, conferred with plaintiffs counsel, who do not oppose this motion.

## MOTION

Defendant Jessica Molligan ("defendant") joins in and incorporates codefendants Wampler Carroll, Wilson & Sanderson, P.L.L.C., and J. Luke Sanderson's Unopposed Motion to Extend Time to Respond to Plaintiffs' Complaint. (Doc. 24). For the reasons given in codefendant's motion, defendant similarly requests an extension of time, up to and including, November 9, 2025, to respond to plaintiffs' complaint with a Rule 12(b)(6) motion and/or an anti-SLAPP motion to strike under ORS 31.150. The current response deadline is September 12, 2025.

This motion is made in good faith and not for the purpose of undue delay. Plaintiffs' counsel and defense counsel continue to be in good contact and anticipate having meaningful conferral on motion practice once the other defendants are served. This is defendant's second request for an extension to respond to the Complaint.

DATED this 9th day of September, 2025.

                HART WAGNER LLP

By: */s/ Taylor B. Lewis*
Janet M. Schroer, OSB No. 813645
jms@hartwagner.com
Taylor B. Lewis, OSB No. 164263
tbl@hartwagner.com
*Of Attorneys for Defendant Jessica Molligan*

Trial Attorney: Janet M. Schroer, OSB No. 813645

Page 2 –   DEFENDANT JESSICA MOLLIGAN'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT

**HART WAGNER LLP**
Attorneys at Law
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below, I electronically filed the foregoing document via the ECF system, which transmits notice via the ECF system to all counsel of record.

DATED this 9th day of September, 2025.

*/s/ Taylor B. Lewis*
Taylor B. Lewis

Page 1 – **CERTIFICATE OF SERVICE**

**HART WAGNER LLP**
Attorneys at Law
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Fax: (503) 222-2301