Joseph M. Mabe, OSB No. 045286
Email: joe@saltlawgroup.com
Keith A. Pitt, OSB No. 973725
Email: keith@ saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email:  neal@ saltlawgroup.com
SALT
100 SW Main Street, Suite 1025
Portland, OR  97204
Phone: 503.417.7777
*Of Attorneys for Plaintiffs Baek Family Partnership, LLC, AB Hollywood, LLC, MY, LLC, and The Penney Kim Trust on behalf of themselves and all others similarly situated*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and The PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>Defendants, | Case No. 3:25-cv-00584-AN<br><br>**DECLARATION OF ANGELA MARIE: PROOF OF MAILINGS AND AFFIDAVIT OF SERVICE FOR B.J. WADE AND WADE LAW, LLC** |

PAGE 1 – **DECLARATION OF ANGELA MARIE: PROOF OF MAILINGS AND AFFIDAVIT OF SERVICE FOR B.J. WADE AND WADE LAW, LLC**

Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.477.7777  F: 503.214.8816

CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,

        Nominal Defendant.

I, Angela Marie, declare under the penalty of perjury:

    1.    I am VP of Legal Operations for Salt Law Group, attorneys for Plaintiff, in the above-captioned action. I make this declaration based upon my own personal knowledge and my review of the files and materials in this case. This declaration is true to the best of my knowledge, information, and belief.

    2.    Pursuant to the Court's Order dated September 24, 2025, Defendants Wade Law, LLC and B.J. Wade (the "Wade Defendants"), were served via publication through the Oregonian. See attached at Exhibits 1 and 2 true and correct copies of the Affidavits of Publication.

    3.    On September 25, 2025, and in accordance with the Court's Order dated September 24, 2025, I caused to be mailed true copies of the summons, complaint, scheduling order, and motion for publication to the Wade Defendants by and through Michael Working via First Class U.S. Mail and Certified Mail Return Receipt Requested to the address listed in plaintiffs' motion. Attached as Exhibit 3 is true and correct copy of the United States Postal Service receipt for the certified mailing and return receipt requested. Attached as Exhibit 4 is a true and correct copy of the United States Postal Service Tracking Results for the aforementioned certified mailing evidencing delivery.

///

///

///

///

///

PAGE 2 – **DECLARATION OF ANGELA MARIE: PROOF OF MAILINGS AND AFFIDAVIT OF SERVICE FOR B.J. WADE AND WADE LAW, LLC**

**Salt**

100 SW Main Street, Suite 1025
Portland, OR 97204

T: 503.477.7777  F: 503.214.8816

*I hereby declare that the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury under the laws of the State of Oregon.*

Dated: <u>October 29, 2025</u>

                                                By: <u>*/s/ Angela Marie*</u>
                                                    Angela Marie
                                                    Email: angela@saltlawgroup.com
                                                    Declarant

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2025, I electronically filed the foregoing **DECLARATION OF ANGELA MARIE: PROOF OF MAILINGS AND AFFIDAVIT OF SERVICE FOR B.J. WADE AND WADE LAW, LLC** with the Clerk of the Court of the United States District Court, for the District of Oregon, using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users, and that service on those participants will be accomplished by the CM/ECF system on October 29, 2025.

Dated: October 29, 2025              SALT

By: /s/ Neal S. Shechter
Joseph M. Mabe, OSB No. 045286
Email: joe@saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email: neal@saltlawgroup.com
Keith A. Pitt, OSB No. 973725
Email: keith@saltlawgroup.com
*Of Attorneys for Plaintiffs*