Joseph M. Mabe, OSB No. 045286
Email: joe@saltlawgroup.com
Keith A. Pitt, OSB No. 973725
Email: keith@ saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email:  neal@ saltlawgroup.com
SALT
100 SW Main Street, Suite 1025
Portland, OR  97204
Phone: 503.417.7777
*Of Attorneys for Plaintiffs Baek Family Partnership, LLC, AB Hollywood, LLC, MY, LLC, and The Penney Kim Trust on behalf of themselves and all others similarly situated*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and The PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>     Defendants, | Case No. 3:25-cv-00584-AN<br><br>**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,

        Nominal Defendant.

### LR 7-1(a) CERTIFICATION

As this is a matter solely for the Court pursuant to LR 83-11, conferral with opposing counsel was not required under the facts/circumstances presented below. Notwithstanding, counsel for the appearing Defendants have been notified of this Motion and served a copy of the same.

### MOTION

Pursuant to LR 83-11(a), Joseph M. Mabe, Keith A. Pitt, Neal S. Shechter, and other counsel from Salt (collectively, "Salt") submit this motion to withdraw as counsel of record for plaintiffs, Baek Family Partnership, LLC, AB Hollywood, LLC, My, LLC, and The Penney Kim Trust, by and through its Trustee, Penney Kim, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") in the above-captioned matter (this "Motion to Withdraw").

In connection with this Motion to Withdraw, the Court should allow the Plaintiffs up to sixty (60) days in which to obtain replacement counsel, if they so choose, in the above-captioned matter.

This Motion to Withdraw is supported by the Declaration of Joseph M. Mabe.

### MEMORANDUM OF LAW

This motion is based on the consent of Plaintiffs and for good and sufficient cause. Further, the undersigned counsel makes the following representations:

1. The Plaintiffs have been notified of the withdrawal and consent to it.

2. The Plaintiffs and Defendants' counsel who have appeared in this litigation have been served a copy of this Motion to Withdraw.

3. The last known contact information for plaintiffs is as follows:

a.     Baek Family Partnership, LLC
       3855 SW 153rd Drive
       Beaverton, OR 97003
       rbaek@vital-enterprises.com

b.     AB Hollywood, LLC
       11158 SE Lenore Street
       Happy Valley, OR 97086
       douglas.hwang@gmail.com
       iain.armstrong@lewisbrisbois.com

c.     My, LLC
       11366 SE Hazel Hill Road
       Clackamas, OR 97086
       jason@ctkproperties.com

d.     The Penney Kim Trust, by and through its Trustee, Penney Kim
       12961 SW Pacific Hwy
       Tigard, OR 97223

       395 NW Silverado Drive
       Beaverton, OR 97006
       davidkim1972@gmail.com

## CONCLUSION

Based on the foregoing reasons, the undersigned respectfully requests that Salt and its counsel be allowed to withdraw from further representing the Plaintiffs in this litigation, and that the Court allow the Plaintiffs up to sixty (60) days in which to obtain replacement counsel, if they so choose, in the above-captioned matter.

Dated: November 4, 2025        **SALT**

       By: /s/ *Joseph M. Mabe*
           Joseph M. Mabe, OSB No. 045286
           Email: joe@saltlawgroup.com
           Neal S. Shechter, OSB No. 185119
           Email: neal@saltlawgroup.com
           Keith A. Pitt, OSB No. 973725
           Email: keith@saltlawgroup.com
           *Of Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** with the Clerk of the Court of the United States District Court, for the District of Oregon, using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users, and that service on those participants will be accomplished by the CM/ECF system on November 4, 2025.

Dated: November 4, 2025         **SALT**

By: /s/ Joseph M. Mabe
   Joseph M. Mabe, OSB No. 045286
   Email: joe@saltlawgroup.com
   Neal S. Shechter, OSB No. 185119
   Email: neal@saltlawgroup.com
   Keith A. Pitt, OSB No. 973725
   Email: keith@saltlawgroup.com
   *Of Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE – PAGE 1