Joseph M. Mabe, OSB No. 045286
Email: joe@saltlawgroup.com
Keith A. Pitt, OSB No. 973725
Email: keith@ saltlawgroup.com
Neal S. Shechter, OSB No. 185119
Email:  neal@ saltlawgroup.com
SALT
100 SW Main Street, Suite 1025
Portland, OR  97204
Phone: 503.417.7777
*Of Attorneys for Plaintiffs Baek Family Partnership, LLC, AB Hollywood, LLC, MY, LLC, and The Penney Kim Trust on behalf of themselves and all others similarly situated*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and The PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>Defendants, | Case No. 3:25-cv-00584-AN<br><br>**DECLARATION OF JOSEPH M. MABE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,

        Nominal Defendant.

I, Joseph M. Mabe, declare under the penalty of perjury:

    1.    I am a member of the Oregon State Bar and an attorney with Salt, the firm representing plaintiffs, Baek Family Partnership, LLC, AB Hollywood, LLC, My, LLC, and The Penney Kim Trust, by and through its Trustee, Penney Kim, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs") in this matter. I have personal knowledge of the information in this declaration. I am over 18 years of age and competent to testify to the information in this declaration.

    2.    I make this declaration in support of Salt's Motion to Withdraw as Counsel for Plaintiffs.

    3.    Plaintiffs consent to the withdrawal, and good and sufficient cause exists.

*I hereby declare that the above statement is true to the best of my knowledge and belief, and I understand it is made for use as evidence in court and is subject to penalty for perjury under the laws of the State of Oregon.*

Dated: November 4, 2025

By: */s/ Joseph M. Mabe*
Joseph M. Mabe, OSB #045286
Declarant

PAGE 2 – DECLARATION OF JOSEPH M. MABE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Salt
100 SW Main Street, Suite 1025
Portland, OR 97204
T: 503.417.7777  F: 503.214.8816

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2025, I electronically filed the foregoing **DECLARATION OF JOSEPH M. MABE IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** with the Clerk of the Court of the United States District Court, for the District of Oregon, using the CM/ECF system.

I further certify that all participants in the case are registered CM/ECF users, and that service on those participants will be accomplished by the CM/ECF system on November 4, 2025.

Dated:  <u>November 4, 2025</u>          **SALT**

By: /<u>s/ Joseph M. Mabe</u>
    Joseph M. Mabe, OSB No. 045286
    Email: joe@saltlawgroup.com
    Neal S. Shechter, OSB No. 185119
    Email:  neal@saltlawgroup.com
    Keith A. Pitt, OSB No. 973725
    Email: keith@saltlawgroup.com
    *Of Attorneys for Plaintiffs*