Corey Tolliver, OSB No. 075500
Vital Enterprises, LLC
3855 SW 153rd Drive
Beaverton, OR 97003
Telephone: 503-619-0697
Email: ctolliver@vital-enterprises.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>                  Defendant,<br><br><br>CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,<br><br>Nominal Defendants | Case No. 25-cv-00584-AN<br><br>**UNOPPOSED MOTION TO EXTEND TIME TO OBTAIN SUBSTITUTE COUNSEL** |

## LR 7-1 CERTIFICATION

Pursuant to LR 7-1(a), the undersigned certifies that on he conferred with counsel for Defendants and they do not object to this request for an extension of time for substitute counsel to appear on behalf of Plaintiffs, so long as the other case deadlines are extended accordingly.

## NOTICE OF LIMITED APPEARANCE

The undersigned, Corey Tolliver, is General Counsel for Plaintiff Baek Family Partnership, LLC. With the express authorization of the Plaintiffs listed above, Counsel appears on behalf of all Plaintiffs solely for the limited purpose of seeking the requested extension and facilitating the identification and retention of substitute litigation counsel.

Counsel is not undertaking representation of Plaintiffs in this action beyond this limited purpose. Plaintiffs have agreed to this limited-scope representation for the purposes stated in the Motion.

## MOTION

Plaintiffs Baek Family Partnership, LLC, AB Hollywood, LLC, My, LLC, and Penny Kim ("Plaintiffs"), by and through undersigned counsel, appear and move for a thirty (30) day extension of the deadline for Plaintiffs' substitute counsel to file a notice of appearance, as set by the Court's Order entered November 5, 2025 (ECF No. 35.) Plaintiffs request that the deadline be extended to February 4, 2026, and that the stay of case deadlines be extended accordingly. This motion is made under Fed. R. Civ. P. 6(b)(1)(A).

## MEMORANDUM IN SUPPORT

On November 5, 2025, the Court entered an Order granting prior counsel's withdrawal directing Plaintiffs' new counsel to file a notice of appearance within sixty (60) days, and staying case deadlines for sixty (60) days or until new counsel appears, whichever is sooner. (ECF No.

35.) That 60-day period expires today. Plaintiffs therefore seek a brief extension to complete retention of substitute counsel.

Since the entry of the Court's November 5, 2025 Order, Plaintiffs have been diligently working to identify and retain substitute counsel. Plaintiffs have been in contact with multiple firms that have expressed interest in the representation. However, due to year-end holiday schedules and related availability constraints, interested firms have not yet been able to review the matter sufficiently to make an appearance.

Plaintiffs request an additional thirty (30) days (until February 4, 2026) for substitute counsel to file a notice of appearance. The request is made in good faith and is not sought for purposes of delay.

For the reasons above, Plaintiffs respectfully request that the Court:

1. Extend the deadline set in the Court's November 5, 2025 Order (ECF No. 35) for substitute counsel to file a notice of appearance by 30 days, to February 4, 2026; and

2. Extend the stay of deadlines in ECF No. 35 through February 4, 2026, or until substitute counsel files a notice of appearance, whichever occurs first.

DATED: January 5, 2026

        By: s/ Corey Tolliver
         Corey Tolliver, OSB No. 075500
         Vital Enterprises, LLC
         3855 SW 153rd Drive
         Beaverton, OR 97003
         Telephone: 503-619-0697
         Email: ctolliver@vital-enterprises.com

*Attorney for Plaintiffs*

UNOPPOSED MOTION TO EXTEND TIME TO
OBTAIN SUBSTITUTE COUNSEL - 3