Corey Tolliver, OSB No. 075500
Vital Enterprises, LLC
3855 SW 153rd Drive
Beaverton, OR 97003
Telephone: 503-619-0697
Email: ctolliver@vital-enterprises.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>                    Defendant,<br><br><br>CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,<br><br>Nominal Defendants | Case No. 25-cv-00584-AN<br><br>**MOTION TO EXTEND TIME TO OBTAIN SUBSTITUTE COUNSEL** |

### LR 7-1 CERTIFICATION

Pursuant to LR 7-1(a), the undersigned certifies that he conferred with counsel for Defendants who both indicated that they oppose this motion.

### NOTICE OF LIMITED APPEARANCE

The undersigned, Corey Tolliver, is General Counsel for Plaintiff Baek Family Partnership, LLC. With the express authorization of the Plaintiffs listed above, Counsel appears on behalf of all Plaintiffs solely for the limited purpose of seeking the requested extension and facilitating the identification and retention of substitute litigation counsel.

Counsel is not undertaking representation of Plaintiffs in this action beyond this limited purpose. Plaintiffs have agreed to this limited-scope representation for the purposes stated in the Motion.

### MOTION

Plaintiffs Baek Family Partnership, LLC, AB Hollywood, LLC, My, LLC, and Penny Kim ("Plaintiffs"), by and through undersigned counsel, appear and move for a thirty (30) day extension of the deadline for Plaintiffs' substitute counsel to file a notice of appearance, as set by the Court's Order entered January 6, 2026 (ECF No. 41.) Plaintiffs request that the deadline be extended to March 6, 2026, and that the stay of case deadlines be extended accordingly. This motion is made under Fed. R. Civ. P. 6(b)(1)(A).

### MEMORANDUM IN SUPPORT

On November 5, 2025, the Court entered an Order granting prior counsel's withdrawal directing Plaintiffs' new counsel to file a notice of appearance within sixty (60) days, and staying case deadlines for sixty (60) days or until new counsel appears, whichever is sooner. (ECF No. 35.) That 60-day period expired January 5, 2026. Plaintiffs filed an Unopposed Motion for Extension of Time to Obtain Substitute Counsel, which was granted on January 6, 2026,

extending the deadline to substitute counsel to February 4, 2026. The 30-day extension expires today. Plaintiffs therefore seek a brief extension to complete retention of substitute counsel.

Potential substitute counsel requested that plaintiffs seek an order approving another extension of time to allow them to complete their analysis. Additionally, there are currently three (3) other law firms that have cleared conflicts and with whom consultations have occurred or are actively being scheduled. The undersigned's scheduling constraints are the primary reason that these consultations did not occur since the Court's last extension. More attorneys from Baek Family Partnership's legal team have engaged with the undersigned to complete this process without further delay. Plaintiffs do not expect to need any further extensions.

Plaintiffs request an additional thirty (30) days (until March 6, 2026) for substitute counsel to file a notice of appearance. The request is made in good faith and is not sought for purposes of delay.

For the reasons above, Plaintiffs respectfully request that the Court:

1.      Extend the deadline set in the Court's January 6, 2026 Order (ECF No. 41) for substitute counsel to file a notice of appearance by 30 days, to March 6, 2026; and

2.      Extend the stay of deadlines in ECF No. 35 through March 6 2026, or until substitute counsel files a notice of appearance, whichever occurs first.

DATED: February 4, 2026

                By: s/ Corey Tolliver
                Corey Tolliver, OSB No. 075500
                Vital Enterprises, LLC
                3855 SW 153rd Drive
                Beaverton, OR 97003
                Telephone: 503-619-0697
                Email: ctolliver@vital-enterprises.com
                *Attorney for Plaintiffs*