**PETER D. HAWKES,** OSB No. 071986
peter@angelicalfo.com
**TYLER P. FRANCIS,** OSB No. 162519
tylerf@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICAMOLLIGAN, an individual, and JOHN DOES 1 – 50,<br><br>         Defendants,<br><br>CONNER SLEVIN, an individual, and JOHN DOES 51 - 100,<br><br>         Nominal Defendant. | Case No. 3:25-cv-00584-AN<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR AN ORDER SETTING REVISED BRIEFING SCHEDULE** |

PAGE 1 – NOTICE OF ATTORNEY APPEARANCE

**LR 7-1 CERTIFICATION**

The undersigned certifies that Counsel for Plaintiffs Baek Family Partnership, LLC ("BFP"), AB Hollywood, LLC ("AB Hollywood"), My, LLC, and The Penney Kim Trust (the "Kim Trust") (collectively, "Plaintiffs") conferred with counsel for Defendants Wampler, Carroll, Wilson & Sanderson P.L.L.C and J. Luke Sanderson (collectively, "Wampler") and Defendant Jessica Molligan ("Molligan" and, together with Wampler, "Defendants") and Defendants have no objection to the relief requested herein.

**MOTION**

At the status conference held on February 12, 2026, the Court requested that the parties confer on a briefing schedule following the appearance of new counsel for Plaintiffs. After conferring, the parties agreed to a briefing schedule, which the Court ordered on March 23, 2026 (ECF No. 51).

//

//

//

//

//

//

//

//

//

//

//

//

PAGE 2 – PLAINTIFFS' UNOPPOSED MOTION FOR AN
ORDER SETTING AMENDED BRIEFING SCHEDULE

The parties have recently conferred and believe that additional time would allow the parties to explore a potential resolution to this matter. Accordingly, Plaintiffs respectfully request that the Court enter an order amending the briefing schedule as follows:

- **May 4, 2026** – Deadline for Plaintiffs to File an Amended Complaint

- **May 25, 2026** – Deadline for Defendants to respond to Plaintiffs' Amended Complaint (including but not limited to a motion under Fed. R. Civ. P. 12(b)(6) or an anti-SLAPP motion to strike under ORS 31.150)

- **June 15, 2026** – Deadline for Plaintiffs' Opposition Brief

- **July 6, 2026** – Deadline for Defendants' Reply Brief

DATED: April 17, 2026

Respectfully submitted,

*s/ Tyler P. Francis*
**ANGELI & CALFO LLC**
PETER D. HAWKES, OSB No. 071986
TYLER P. FRANCIS, OSB No. 162519

*Attorneys for Plaintiffs*

PAGE 3 – PLAINTIFFS' UNOPPOSED MOTION FOR AN
ORDER SETTING AMENDED BRIEFING SCHEDULE