# <u>CO-COUNSEL AGREEMENT</u>

This Agreement made and entered by and between J. LUKE SANDERSON ("SANDERSON"), B.J. WADE ("WADE"), _Jessica Molligan_. ("Contracting Attorney" and/or "Local Counsel")

**WHEREAS,** SANDERSON and WADE are licensed attorneys practicing law in the State of Tennessee.

**WHEREAS,** SANDERSON and WADE have extensive experience in the prosecution of ADA Title III cases; and

**WHEREAS,** SANDERSON and WADE desire to expand their operations, by the retention of Contract Attorneys ("Local Counsel") to handle ADA Title III cases referred to them by SANDERSON and WADE; and

**WHEREAS,** Contracting Attorney agrees to function as "Local Counsel" for SANDERSON and WADE in the prosecution of ADA Title III cases referred to Local Counsel by SANDERSON and WADE;

**ACCORDINGLY,** the parties agree and covenant as follows:

**1. EFFECTIVE DATE AND TERM OF AGREEMENT:** The effective date of this Agreement will be upon the date of the signature accepting same by Contracting Attorney. The term of this Agreement will be for a period of one (1) year from the effective date, however, either party shall have the option to terminate this Agreement upon ninety (90) days written notice to the other. SANDERSON AND WADE shall have the option to terminate this Agreement immediately and without notice, upon a material breach of this agreement, being the failure of Local Counsel to take reasonable steps in the prosecution of claims referred to by SANDERSON and WADE; the failure of Local Counsel to forward to SANDERSON and WADE of funds received by way of settlement of any claims referred by SANDERSON and

1                    Contracting Attorney Initials _JM_

MOLLIGAN001173

WADE, within five (5) business days of receipt; or the failure of Local Counsel to maintain the right to practice law. Upon termination hereof, Local Counsel shall relinquish all file materials on referred cases to SANDERSON and WADE.

**2. DUTIES OF SANDERSON and WADE:** SANDERSON and WADE shall be fully responsible for the retention of clients and the initial investigation of claims of clients of the firm, including the confirmation of the existence of architectural barriers as defined currently by the ADA, or as may be established and/or amended by Federal Law. Based upon that initial investigation, and solely at the determination of SANDERSON, shall prepare an appropriate Complaint, as appropriate under the circumstances of the claim, and electronically transmit same to Local Counsel. SANDERSON and WADE shall also advance all costs of the investigation and any required costs of court associated with any matters filed for any of its clients where applicable. The determination of the retention of experts shall be solely at the discretion of SANDERSON and WADE.

**3. DUTIES OF LOCAL COUNSEL:** Local Counsel, upon receipt of the Complaint from SANDERSON AND WADE, together with other file information regarding the client, shall take all immediate steps to file the Complaint. Local Counsel may not amend or revise the Complaint, without the prior written consent and consultation of SANDERSON AND WADE. Following the filing Complaint, Local Counsel shall have the duty to prosecute the action, including conferring with counsel for the defendant property owner or the property owner, if unrepresented, in an attempt to achieve a settlement. Local Counsel shall make a weekly written report (or functionally equivalent alternative, i.e., update all documents and status to SANDERSON AND WADE computer network) to SANDERSON AND WADE of the status of all cases being handled on their behalf.

**4. COMPENSATION:** In consideration of the undertaking of the obligations as set forth in the preceding paragraph, Local Counsel shall receive a sum equal to thirty percent (30%) of the net settlement amount received on any file referred to Local Counsel. The term "net settlement amount" shall be defined as the gross settlement funds received, less deduction of any expenses

2                                    Contracting Attorney Initials ____

**MOLLIGAN001174**

advanced or otherwise paid out by SANDERSON AND WADE on the claim, including but not limited to court costs, investigative fees, expert witness fees, and mileage and/or travel expenses, if required. The gross settlement amount shall be deposited into a bank account maintained by Local Counsel.   Local Counsel shall send an E-Check to SANDERSON within five (5) business days of the receipt of the gross settlement.  Local Counsel shall prepare and submit a breakdown of any expenses accrued for each individual case, a copy of the check from the owner or owner's attorney, and a copy of the fully executed settlement agreement to accompany the E-Check from Local Counsel's bank account.  In the event that the gross settlement funds are returned for any reason, Local Counsel shall not be entitled to compensation until said funds are fully collectible by SANDERSON AND WADE.

**5. RELATIONSHIP OF THE PARTIES:** The relationship between SANDERSON AND WADE and Local Counsel shall be on a fully contractual basis only. This Agreement shall not constitute a Joint Venture between the parties, nor shall Local Counsel be considered to be a member of the firm of any firm owned by SANDERSON or WADE, but only hold himself or herself out to be "Co-Counsel" in all pleadings and correspondence, if necessary to do so. Accordingly, Local Counsel shall have no authority whatsoever to bind SANDERSON AND WADE for any settlements of claims referred by SANDERSON AND WADE, nor shall Local Counsel be entitled to file, undertake or otherwise pursue any actions and/or claims on behalf of SANDERSON AND WADE as "Local Counsel", unless the claim was initially referred to Local Counsel by SANDERSON AND WADE. Local Counsel shall have the right to undertake any other litigation outside of the referrals from SANDERSON AND WADE, as long as doing so would not create a conflict of interest in relation to the work referred by SANDERSON AND WADE. Local Counsel will receive a 1099 tax form and shall be responsible for the payment of any federal, state or local taxes related thereto. All claims referred to under this Agreement shall at all times remain the property of SANDERSON AND WADE.

**6. DISPUTE RESOLUTION:** In the event of any dispute arising out of this Agreement, the parties specifically agree to refer the matter to non-binding mediation through the American Arbitration Association (AAA), and if resolution is not achieved then to arbitration through the

3                    Contracting Attorney Initials ___

American Arbitration Association, to be handled before a single arbitrator appointed by AAA, with the arbitration to be held in Memphis, TN, with the payment of fees to be determined by the arbitrator. In the event of a dispute, Local Counsel specifically agrees not to intervene in any pending claims referred pursuant to this Agreement.

**7. CONFIDENTIALITY AND COVENANT NOT TO COMPETE:** In the performance of the duties undertaken herein, Local Counsel will be exposed to methods developed by SANDERSON AND WADE related to the retention and handling of ADA Title III claims, and upon termination of this Agreement agrees that the information obtained by and/or provided to Local Counsel shall at all times be considered confidential work product of SANDERSON AND WADE and shall not be disclosed by Local Counsel to any firm, person or other entity except pursuant to a lawfully issued subpoena; Local Counsel further agreeing that in the event he or she is served with a lawfully issued subpoena for any documents produced or obtained in the course of representation of any cases referred by SANDERSON AND WADE, to immediately notify SANDERSON AND WADE, at least seven (7) business days prior to the return date of said subpoena.

**8. NOTICES:** Any notice required hereunder shall be delivered either (1) by certified mail, return receipt requested; (2) priority mail, with signature confirmation; (3) by commercial carrier, such as FedEx or UPS, with signature confirmation, or (4) by personally delivering same with written receipt, to the parties at the following addresses:

TO SANDERSON AND WADE:
c/o J. Luke Sanderson
208 Adams Ave.
Memphis, TN 38103

TO CONTRACTING ATTORNEY:
Firm: Attorney at Law
Attorney Name: Jessica Molligan
Address: PO Box 16893, Portland, OR  97292

4

Contracting Attorney Initials JM

MOLLIGAN001176

**9. CHOICE OF LAW; SEVERABILITY:** This agreement shall be construed in accordance with the law of the State of Tennessee, regardless of the venue in which any referred litigation is being handled by Local Counsel. All disputes pertaining to this agreement shall be resolved in the Shelby County, Tennessee, Circuit Court. In the event of any conflict between any provision hereof, or should any, the parties hereto declare and agree that this provision hereof be deemed to be unenforceable then the remaining provisions of this Agreement shall remain in full force and effect.

**IN WITNESS WHEREOF,** the parties have executed this agreement on the dates set forth their respective signatures.

J. LUKE SANDERSON

BY:_____

Date: 7/21/2023

WADE LAW, LLC

BY:_____

Date: 7/22/2023

LOCAL COUNSEL -

BY:_____

Date: 7/21/2023

5                    Contracting Attorney Initials