**Stanton R. Gallegos, OSB #160091**
StantonGallegos@MarkowitzHerbold.com
**Josephine C. Kovacs, OSB #193960**
JosephineKovacs@MarkowitzHerbold.com
**Mandi L. Summers, OSB #225037**
MandiSummers@MarkowitzHerbold.com
**Varro J. Clarke, OSB #233025**
VarroClarke@MarkowitzHerbold.com
**MARKOWITZ HERBOLD PC**
1455 SW Broadway, Suite 1900
Portland, OR  97201
Telephone: (503) 295-3085
*Attorneys for Defendants Wampler, Carroll,*
*Wilson & Sanderson, P.L.L.C. and J. Luke*
*Sanderson*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company, AB HOLLYWOOD, LLC, an Oregon limited liability company, MY, LLC, an Oregon limited liability company, and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM, on behalf of themselves and all others similarly situated, | Case No. 3:25-cv-00584-AN **NOTICE OF WITHDRAWAL OF COUNSEL** |
| Plaintiffs, | |
| v. | |
| WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation, WADE LAW, LLC, a Tennessee limited liability company, J. LUKE SANDERSON, an individual, and B.J. WADE, an individual, JESSICA MOLLIGAN, an individual, and JOHN DOES 1 – 50, | |
| Defendants, | |

**Page 1 –**　　　**NOTICE OF WITHDRAWAL OF COUNSEL**

CONNER SLEVIN, an individual, and JOHN
DOES 51 - 100,

                 Nominal Defendant.

       PLEASE TAKE NOTICE that Stanton R. Gallegos, OSB #160091, Josephine C. Kovacs,

OSB #193960, Mandi L. Summers, OSB #225037, and Varro J. Clarke, OSB #233025 withdraw

as counsel of record for defendants Wampler, Carroll, Wilson & Sanderson, P.L.L.C., and J.

Luke Sanderson.  Chad M. Colton of Perkins Coie remains as counsel for defendants.

       DATED:  June 29, 2026.       MARKOWITZ HERBOLD PC


*s/ Mandi L. Summers*
Stanton R. Gallegos, OSB #160091
StantonGallegos@MarkowitzHerbold.com
Josephine C. Kovacs, OSB #193960
JosephineKovacs@MarkowitzHerbold.com
Mandi L. Summers, OSB #225037
MandiSummers@MarkowitzHerbold.com
Varro J. Clarke, OSB #233025
VarroClarke@MarkowitzHerbold.com

*Attorneys for Defendants Wampler, Carroll, Wilson &*
*Sanderson, P.L.L.C. and J. Luke Sanderson*

2465059.1

**Page 2 –    NOTICE OF WITHDRAWAL OF COUNSEL**