UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BAEK FAMILY PARTNERSHIP, LLC, an Oregon limited liability company; AB HOLLYWOOD, LLC, an Oregon limited liability company; ABRAHAM LEE 4511, LLC, an Oregon limited liability company; and THE PENNEY KIM TRUST, by and through its Trustee, PENNEY KIM; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WAMPLER, CARROLL, WILSON & SANDERSON, P.L.L.C., a Tennessee professional corporation; J. LUKE SANDERSON, an individual; B.J. WADE, an individual; JESSICA MOLLIGAN, an individual; CONNER SLEVIN, an individual; and JOHN DOES 1 – 100,<br><br>Defendants. | Case No. 3:25-cv-00584-AN<br><br>**DECLARATION OF TYLER P. FRANCIS IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT CONNER SLEVIN** |

My name is Tyler P. Francis. I represent Plaintiffs in the above-captioned matter, and make the following statements based on my personal knowledge and upon review of the Court's docket and records in this case in support of Plaintiffs' Request for Entry of Default Against Defendant Conner Slevin:

1) On April 10, 2025, Plaintiffs filed a Class Action Complaint in this Court, initiating Case No. 3:25-cv-00584-AN. The Complaint names Conner Slevin as a Defendant. A true and correct copy of the Complaint appears on the docket at ECF No. 1.

2) On September 5, 2025, the Court issued a Summons directed to Defendant Conner Slevin at 7051 NE 77th Pl., Portland, OR 97211. A true and correct copy of the Summons appears on the docket at ECF No. 22.

3) On September 7, 2025, Defendant Conner Slevin was personally served with the Summons, Complaint, Notice of Case Assignment and Pretrial Scheduling Order, and Corporate Disclosure Statements by Mike Kennedy of Rush Process Service, Inc., at 7051 NE 7th Pl, Portland, OR 97211, at 7:35 PM. A true and correct copy of the Proof of Service was filed with the Court and appears on the docket at ECF No. 23.

4) Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendant Slevin was required to serve an answer or otherwise respond to the Complaint within 21 days after service of the Summons. Service was effected on September 7, 2025. Accordingly, Slevin's deadline to answer or otherwise respond was September 28, 2025.

5) I have reviewed the Court's docket in this case and have spoken with prior counsel for Plaintiffs. As of the date of this declaration, Defendant Conner Slevin has not appeared in this action, either pro se or through counsel. Slevin has not filed an answer, a motion under Rule 12, or any other responsive pleading. Slevin has not filed a request for an extension of time in which to respond, nor has he provided written notice of his intent to file an appearance pursuant to LR 55-1. Prior to withdrawing from the case, prior counsel spoke with each of the attorneys known to represent Slevin in other matters; both attorneys explicitly stated that they did not represent him in connection with this case.

6) On June 4, 2026, Plaintiffs filed an Amended Complaint via ECF. The Amended Complaint did not assert any new claims for relief against Defendant Slevin. (ECF No. 57.)



**ANGELI & CALFO LLC**
121 SW MORRISON ST., STE. 400
PORTLAND, OR 97204
TEL +1.503.954.2232

7) The filing of the Amended Complaint did not extend or reset Slevin's time to respond to the original Complaint. The Amended Complaint added no new claims against Slevin and therefore did not trigger any new obligation for Slevin to answer or respond. To the extent that the Amended Complaint triggered a new 21-day deadline for Defendant Slevin to answer or otherwise respond to the Complaint, that deadline would have passed on June 25, 2026. Either way, Slevin remains in default.

I declare under penalty of perjury under the laws of the State of Oregon that the foregoing statements are true and correct.

Dated this 28th day of August 2026, at Portland, Oregon.

*/s Tyler P. Francis*
Tyler P. Francis, OSB No. 162519



**ANGELI & CALFO LLC**
121 SW MORRISON ST., STE. 400
PORTLAND, OR 97204
TEL +1.503.954.2232